ORIGINAL

PABLO P. QUIBAN
Attorney At Law, LLC

Pablo P. Quiban      #5099
707 Ricards Street, Suite 710
Honolulu, Hawaii 96813
Telephone: (808) 528-3955
Facsimile: (808) 523-9476

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 1 4 2006

at __ o'clock ___ min __ M
SUE       CLERK

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII LABORERS' TRUST FUNDS, )<br>(Hawaii Laborers' Health and Welfare Trust )<br>Fund by its trustees Harry Ushijima, )<br>Albert Hamamoto, Mel Cremer, )<br>Benjamin Saguibo, Daniel Nakamura, )<br>Stephanie C. Mahelona, Walter Arakaki, )<br>Antonio J. Saguibo, Jr., Anacleto )<br>Alcantra, and Larry Cadiz, etc., et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>HNJ2, INC. dba ELIMA ENGINEERING, )<br>INC., a Hawaii corporation, )<br>)<br>Defendants. )<br>_____ ) | CIVIL NO. 04-00598 HG-BMK<br><br>SATISFACTION OF JUDGMENT |

SATISFACTION OF JUDGMENT

Comes now Plaintiffs HAWAII LABORERS TRUST FUNDS, by and through its undersigned counsel, Pablo P. Quiban, hereby acknowledges full satisfaction and payment of the Judgment filed on April 28, 2005 in the above entitled cause.

DATED:   Honolulu, Hawaii, __NOV 1 3 2006__.

_____
PABLO P. QUIBAN
Attorney for Plaintiffs